IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANTONY ANDRE SMITH )
) No. 3-13-1447
v. )
)
BANK OF AMERICA )

O R D E R

Pursuant to the order entered June 24, 2014 (Docket Entry No. 19), counsel for the parties called the Court on June 30, 2014, at which time defendant's counsel advised that Fannie Mae approved the rescission, and that he has requested reinstatement from the defendant. Defendant's counsel will relay to plaintiff's counsel the amount necessary for the plaintiff to become current on his mortgage payments, offset by the insurance payments provided to the defendant that the defendant did not provide to the plaintiff, who has paid off the materialman's lien. Plaintiff's counsel advised that the plaintiff will be able to pay that amount from his savings and/or a loan from his son. Once the plaintiff has become current on his payments, the parties expect to file an agreed order of dismissal.

Counsel for the parties shall convene another telephone conference call with the Court on **Monday, July 14, 2014, at 3:00 p.m.,** to be initiated by defendant's counsel, to address whether the plaintiff has paid off the short fall and, if not, when he will, and, ultimately when the parties will file an agreed order of dismissal.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge